THE INVESTORS' AGENCY, Respondent, *v.* WOODSIDE HEIGHTS LAND CORPORATION, Appellant.

*Investors' Agency* v. *Woodside Heights Land Corporation*, 146 App. Div. 940, affirmed.

(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 28, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action for services.

*H. Schieffelin Sayers* and *Guernsey Price* for appellant.

*Stephen H. Olin* and *William G. Murphy, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.

---

CHARLES PRYER et al., as Executors of ADELINE C. PRYER, Deceased, Respondents, *v.* HARRY K. PRYER, Appellant, and CHARLES PRYER et al., Respondents.

*Pryer* v. *Pryer*, 145 App. Div. 928, affirmed.

(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 26, 1911, affirming a judgment of Special Term construing the will of Adeline C. Pryer, deceased.

*Stephen H. Olin* for appellant.

*John F. Lambden* for plaintiffs, respondents.

*William D. Stiger* and *William E. Carnochan* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.